UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FRAN SIMONTACCHI,

Plaintiff,

vs.

STATE OF NEVADA ex rel.
its DEPARTMENT OF PUBLIC SAFETY,
GEORGE TOGLOTTI, an individual,
RICH GILBERT, an individual,
AMY WRIGHT, an individual, MARK
WOODS, an individual, MIKE EBRIGHT,
an individual, CLAUDIA STEIBER, an individual,
TONY ALMAREZ, an individual,
KIMBERLY KING, an Individual
PAULA SCHEUFFERT, an individual,
HOWARD RIGDON, an individual,
CARL JOHNSON, an individual,
JOHN GONSKA, an individual,
PHIL GALEOTO, an individual

Defendants.

CASE NO. 3:07-cv-00407-LRH-VPC

STIPULATION AND ORDER
FOR ENLARGEMENT
OF TIME AS TO
OPPOSITION AND REPLY
REGARDING MOTION FOR
SUMMARY JUDGMENT

The parties hereby stipulate and agree that Plaintiff may and should have an additional two weeks to respond to the State Defendants' Motion for Summary Judgment, from its current due date of October 10, 2008 to and including October 24, 2008. Additional time is needed due to Mr. Dickerson's calendar, the factual and legal complexity of the case, appellate brief work and summary judgment work on other cases and various

///

///

///

///

JAD/kdd/simontacchi/enlarge msj opp 2           1

hearings. Counsel for Defendants will likewise require additional time because Plaintiff's extension would cause Defendants Reply to be due at a time that conflicts with other court deadlines on Defendant Counsel's schedule. The parties hereby stipulate and agree that the Defendants will have until November 24, 2008 to file their Reply.

DATED 10/9/08

LAW OFFICE OF
JEFFREY A. DICKERSON

_____
JEFFREY A. DICKERSON

DATED 10-10-08

CATHERINE MASTO CORTEZ
ATTORNEY GENERAL

_____
CYNTHIA R. HOOVER
Deputy Attorney General

ORDER

IT IS SO ORDERED.

DATED: October 16, 2008.

_____
UNITED STATES DISTRICT JUDGE