AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*     DISTRICT OF   NEVADA

FRAN SIMONTACCHI,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:07-cv-00407-LRH-VPC**

STATE OF NEVADA ex rel, its
DEPARTMENT OF PUBLIC SAFETY, et al.,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Defendants' #24 Motion for Summary Judgment is hereby GRANTED.


   March 25, 2009          **LANCE S. WILSON**
                                             Clerk

                                   /s/ Kalani Lizares
                                        Deputy Clerk